FILED'06 AUG 24 09:04 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL J. McELVAIN,                                    CV. 05-1275-HU

       Petitioner,                                          ORDER

  v.

ROBERT LAMPERT,

       Respondent.

BROWN, Judge

    Petitioner's motion for voluntary dismissal (#27) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 23rd day of August, 2006.

                                            _____
                                            Anna J. Brown
                                            United States District Judge

1 -- ORDER